EXHIBIT C



| U.S. Patent No. 9,699,223<br>Claim language | Comparison of LG mobile devices to U.S. Patent No. 9,699,223 |
| --- | --- |
| 1. A method of routing media data stream, comprising: | LG mobile devices involve a method of routing a media data stream (e.g., a YouTube video or Netflix show). On information and belief, various apps that come pre-installed (or can be installed later) on many LG smartphones and tablets are Chromecast-enabled, such as, for example, YouTube, Netflix, YouTube TV, and YouTube Music.<br><br>Ref. 1, https://store.google.com/us/product/chromecast_apps?hl=en-US.<br><br>    "Stream from thousands of apps. Chromecast works with the apps you love.<br><br>    Stream from your device to your TV. Just like that.<br>    Stream from Android and iPhone®<br>    Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."<br><br>Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US<br><br>    Casting your Android screen is available on devices running Android 5.0 or later<br><br>Ref. 3, https://support.google.com/chromecast/answer/6059461?hl=en<br><br>    All devices running Android 5.0 or later support the Cast Audio feature. However, the following devices have been tested to work best for Android Audio casting.<br><br>**Supported Android devices**<br><br>- LG DM-01G<br>- LG G2<br>- LG G3<br>- LG G3 A<br>- LG G3 Cat.6<br>- LG G4 |



| | |
|---|---|
| | • LG G Flex 2<br>• LG G Pro 2<br>• LG G Pad 8.3 Google Play edition<br><br>Ref. 26, https://support.google.com/chromecast/answer/6293749<br><br>Cast video from Chromecast-enabled apps to your TV<br>Casting to your TV is a simple way to enjoy your favorite apps optimized for the big screen. You can even use your mobile device or tablet as a remote and control everything from playback to volume via the Home app<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709 |
| wirelessly receiving at a mobile device, from an external source via a local wireless communication network, a media data stream transmitted according to a streaming protocol and comprising media content selected from a group consisting of: audio content and video content; | An LG mobile apparatus (e.g., a smartphone or tablet) running a Chromecast-enabled app wirelessly receives, from an external source (e.g., YouTube or Netflix) via a local wireless communication network (e.g., a local wireless area network), a media data stream transmitted according to a streaming protocol and comprising audio or video media content.<br><br>Chromecast-enabled apps running on smartphones or tablets allow users to receive streaming audio or video:<br><br>    "Stream from thousands of apps. Chromecast works with the apps you love.<br><br>    Stream from your device to your TV. Just like that.<br>    Stream from Android and iPhone®<br>    Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."<br><br>Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US<br><br>YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses to a YouTube video, his browser or app software will begin to download the video file. As soon as the computer receives enough of the video stream, |



the software will begin playback, displaying the video while the rest of it is being downloaded."
Ref. 5, https://itstillworks.com/youtube-streaming-works-33614.html

YouTube also uses HTML5 to stream video to Chromecast-enabled devices. Ref. 7, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.

HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 8, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.

When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.

**Step 2. Choose a video**

1. Open the YouTube app ▶ or YouTube.com.
2. Tap the Cast button ⧉. Tip: On the YouTube app, the Cast button is at the top of the Home screen. From YouTube.com on your laptop, it's in the bottom right corner of the player.

   Note: You can also open YouTube.com and cast directly from Chrome browser.

Ref. 9, https://support.google.com/chromecast/answer/2995235?hl=en

3



| | |
|---|---|
| scanning said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | An LG mobile apparatus (e.g., a smartphone or tablet) running a Chromecast-enabled app (e.g., YouTube) scans the local wireless communication network to identify a plurality of devices identified as compatible to handle the media content received by the mobile apparatus (e.g., a YouTube video) and which are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network.<br><br>For example, when a user of a Chromecast-enabled app taps the "Cast button," the Chromecast-enabled app will scan the local wireless network to which the mobile apparatus is connected to identify compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from Chromecast-enabled apps to your TV**<br><br>1. <mark>Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.</mark><br>2. Open a Chromecast-enabled app.<br>3. Tap the Cast button 📶. Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.<br>4. <mark>Tap the device you'd like to cast to.</mark><br>5. When you're connected, the Cast button will turn color, letting you know you're connected.<br>6. You can now cast videos, movies and TV shows directly to your TV.<br>7. To stop casting, tap the Cast button ⌐ Disconnect.<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en. |

4



The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, televisions equipped with an external Chromecast device are connected to the same local wireless communication network as the mobile apparatus running a Chromecast-enabled app and are further set up through the Google Home app to announce themselves as available to accept Chromecast-routed media via the local wireless communication network:

**What you need to get started**

- A Chromecast device (3rd gen or older).
- Latest version of the Google Home app .
- Latest version of Google app (Android only. Download it here).
- A Google account.
- A display device with an HDMI input, for example, a high-definition television (HDTV)
- A mobile device or tablet.
- The compatible mobile device or tablet must support a 5GHz connection to set up Chromecast on a 5GHz connection. Note: A WPA2-Enterprise network is not supported.
- Meet the minimum Operating System (OS) requirements to run the Google Home app .
- An internet connection.
- Access to a secure wireless network. Make sure you have the wireless network password handy.
- Availability and performance of certain features, services and applications are device- and network-dependent and may not be available in all areas; subscription(s) may be required, and additional terms, conditions and/or charges may apply.

**Set up Chromecast or Chromecast Ultra**

1. Plug in your Chromecast.
2. Download the Google Home app on your Chromecast-supported Android device.

5



3. Open the Google Home app .
4. Follow the steps.
      1. If you don't find the steps to set up your Chromecast:

            i. At the top left of the Google Home app home screen, tap Add ＋ 〉 Set up device 〉 New device.
            ii. Follow the remaining steps.
5. Setup is successful. You're all done!


Ref. 11, https://support.google.com/chromecast/answer/2998456.

A similar process is used to set up Chromecast-enabled televisions (i.e., those with Chromecast capability built-in) to announce their availability to accept routed media via the local wireless communication network:

**Play YouTube videos on Chromecast-enabled TVs using Google Home**

Initiate and control YouTube videos to any TV with Chromecast or Chromecast built-in — using only your voice.

For a video demonstration, check out the YouTube video at the bottom of this article. If you prefer step-by-step instructions, see below.

Note: If Digital Wellbeing is enabled, this feature may be restricted or blocked by either Downtime or Filters. Please go here for more information on Digital Wellbeing.

**Step 1. Link TVs using the Google Home app**
Link TVs to Google Home

Here's how to link voice-supported Cast devices to Google Home:

6



**Link a device**

1. Set up Google Home.
2. Make sure your Chromecast Audio or speaker with Chromecast built-in is set up and on the same Wi-Fi network as Google Home.
3. Open the Google Home app 🏠.
4. In the bottom right corner of the screen, tap Account 👤.
5. Verify that the Google Account that is listed is the one linked to Google Home. To switch accounts, click the triangle to the right of the account name.
6. Tap Settings.
7. Under SERVICES, tap TVs and Speakers. You'll see a list of all your linked devices.
8. To link a new Chromecast Audio or speaker with Chromecast built-in, tap ⊕ in the bottom right corner of the screen.
9. The Google Home app will search for voice-supported speakers on the same Wi-Fi network as your Google Home. Note: You may see a list of devices that aren't voice-supported. These can't currently be linked to your Google Home, but they'll be available soon.
10. To add a device, tap the checkbox next to the device name. You can select multiple devices. Tap Add.
11. You'll see all your devices within the TVs and Speakers section of the Google Home app. 🏠.

Ref. 12, https://support.google.com/chromecast/answer/7029380?hl=en&ref_topic=7670719.

Because these compatible devices have been registered through the Google Home app, they are identified as compatible to handle the media content provided through Chromecast-enabled apps such as YouTube.

Chromecast uses Multicast DNS for discovering compatible devices. Ref. 13, https://www.theregister.co.uk/2018/01/15/router_vendors_update_firmware_to_protect_against_google_chromecast_traffic_floods/; Ref. 14, http://h22208.www2.hpe.com/eginfolib/networking/docs/switches/K-KA-KB/16-01/5200-

7



| | <u>0141  mrg/content/apa.html</u>. In multicast DNS, devices announce their presence. For example, upon startup, a device announces it presence as follows:<br><br>    8.3.  Announcing<br><br>The second startup step is that the Multicast DNS responder MUST send<br>an unsolicited Multicast DNS response containing, in the Answer<br>Section, all of its newly registered resource records (both shared<br>records, and unique records that have completed the probing step).<br>If there are too many resource records to fit in a single packet,<br>multiple packets should be used.<br><br><u>Ref. 15, https://www.ietf.org/rfc/rfc6762.txt</u>.<br><br>This enables a Chromecast-enabled app to discover compatible devices as shown in the following series of screenshots. |
|---|---|









Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac.

Ref. 28, https://www.youtube.com/watch?v=Mr-sHCLMdog.

| | |
|---|---|
| selecting, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, one of said plurality of devices; | An LG mobile apparatus running a Chromecast-enabled app selects, based on a user interaction made with the mobile apparatus and while the media data stream is streamed to the mobile device from the external source (e.g., YouTube) according to the streaming protocol, one of the plurality of devices.

For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices: |



**Cast from Chromecast-enabled apps to your TV**

1. Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.
2. Open a Chromecast-enabled app.
3. Tap the Cast button . Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.
4. <mark>Tap the device you'd like to cast to.</mark>
5. When you're connected, the Cast button will turn color, letting you know you're connected.
6. You can now cast videos, movies and TV shows directly to your TV.
7. To stop casting, tap the Cast button ˃ Disconnect.

Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en.

The selection of a compatible device can be made while the media content is being streamed to the mobile device.

There are two ways users can start a Cast session:

1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning
2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device

Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

2. **Play & connect**

**Android**

Play the content

11





Cast home screen



Tap the Cast button



Cast home screen



Select a receiver





| | Cast home screen |
| --- | --- |
| |  |
| | Cast connected |





Receiver playing content





| | Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics |
|---|---|
| setting up a wireless communication link with said selected compatible device via said local wireless communication network; | An LG mobile apparatus running a Chromecast-enabled app sets up a wireless communication link with the selected device (for example, Chromecast) via the local wireless communication network.<br><br>When the user taps the desired compatible device, the Chromecast-enabled app instructs a wireless communication link to be set up with the selected compatible device via the wireless communication network: "When you're connected, the Cast button will turn color, letting you know you're connected." Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en. For example, a "Cast session" is established between a Chromecast-enabled app and a compatible device: "**Cast sequence**<br><br>    There are two ways users can start a Cast session:<br>      1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>      2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics.<br><br>The Cast dialog allows users to "connect to, control, and disconnect from Cast receivers," indicating that a wireless communication link is established between the Chromecast-enabled app and the compatible device. Ref. 18, https://developers.google.com/cast/docs/design_checklist/cast-dialog. "When content is casting to a Cast receiver, the user must always be able to control it from the sender app," thus requiring a wireless communication link. Ref. 19, https://developers.google.com/cast/docs/design_checklist/sender. Similarly, the Google Cast documentation suggests that a receiver app should disconnect if idle (i.e., connected but not casting) for five minutes, indicating that a wireless communication link is established while the sender app is casting: "An idle screen is displayed on the receiver, when the receiver is connected |



| | to a sender but not casting. . . . Best practices . . . Disconnect from the receiver app and stop it from running if idle for 5 minutes (or less)."<br><br>Ref. 20, https://developers.google.com/cast/docs/design_checklist/receiver#receiver-ui-idle |
|---|---|
| causing a routing of said media data stream of media content to said selected device via said wireless communication link for streaming said media data steam according to said streaming protocol for presentation of said media content by a media player of said selected device. | An LG mobile apparatus running a Chromecast-enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device.<br><br>There are two ways users can start a Cast session:<br><br>1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics<br><br>In the "Connect & play" sequence, the user selects a receiver and then begins playing content:<br><br>Select a receiver |





Receiver app loading



Play the content



Receiver playing content





Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

In the second sequence, the user first begins playing streaming media on the mobile apparatus, then taps the cast button, and selects a receiver (a compatible device) with which to establish a connection, and instructs content to be routed to the compatible device.

**2. Play & connect**

**Android**

Play the content





Cast home screen



Tap the Cast button



Cast home screen

23



Select a receiver



Cast home screen



Cast connected





Receiver playing content





<u>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics</u>

In both scenarios, the LG mobile apparatus running a Chromecast-enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device



<u>Ref. 21, http://geeknizer.com/how-chromecast-works-chromecast-protocol-explained/</u>. For example, the mobile device may provide a URL for the media content to the compatible device via the wireless communication link. <u>Ref. 22, https://techforluddites.com/google-chromecast-what-is-it-and-how-does-it-work/</u>.

The compatible device is connected to the same Wi-Fi network as the mobile device and receives content over that same network.



|  | In the vast majority of cases, all you're doing is using your phone to tell the Chromecast device what content to play by pointing it at the source. Chromecast then uses its own connection to retrieve that stream in the best quality it can. . . .<br><br>However, if you're mirroring your phone on the TV, or viewing a website, then you're sending that directly from your phone or computer directly to the Chromecast and both need to stay connected.<br><br>Ref. 27, https://www.pocket-lint.com/tv/news/google/127898-what-is-google-chromecast-and-why-should-you-care |
| 5. The method of claim 1, wherein said selecting comprises displaying a menu at said mobile device to allow a user to perform said user interaction. | An LG mobile device running a Cast-enabled app displays a menu on the mobile device that allows a user to select a compatible device for routing a media data stream. |



| | |
|---|---|
| | <br>Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac. |
| 7. The method of claim 1, further comprising transmitting said media content to a plurality of copies | The use of an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 7. |



| | |
|---|---|
| so as to perform said routing to a number of said plurality of devices. | While the discussion with respect to claim 1 focuses on routing video, Google Cast can also be used to route audio. Chromecast Audio allows audio to be transmitted to a plurality of devices.<br><br>How to create groups<br><br>A group consists of two or more Chromecast components (such as a Chromecast Audio, Google Home and a Sony receiver) which will operate as if a single speaker. To create one, choose one of the devices on the Devices page and click the "..." button.<br><br>Choose "Create group", and a setup page appears. Here you can name the group -- for example "House Party" if they're in three living areas -- and then choose from the available devices that you'd like to add. The new "House Party" group will now appear on your list as if it was a single device.<br><br>. . .<br><br>Use your group in Chromecast apps<br><br>There are dozens of apps that support casting, but here we're going to concentrate on ones that are audio focused. First open up a Chromecast-compatible app, like Spotify or Pandora, and click the Cast button. On the list that appears you'll see all the available devices as well as any groups you've created, such as "House Party", for example. Choose a group, play a song using the app and the music will play to all the included speakers and devices simultaneously.<br><br>Ref. 23, https://www.cnet.com/how-to/how-to-setup-multiroom-music-with-google-cast/. |



| | |
|---|---|
| 9. The method of claim 1, wherein said selecting comprises carrying out a selection between devices found to be available, based on a predetermined user profile. | An LG mobile device running a Cast-enabled app allows a user to name devices according to user preference (e.g., Living Room TV in the screenshot below), thereby creating a predetermined user profile. In the case of Chromecast Audio, the user can create a group of compatible devices under a single entry as a component of the user's profile.<br><br><br><br>Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac. |



| | How to create groups |
|---|---|
| | A group consists of two or more Chromecast components (such as a Chromecast Audio, Google Home and a Sony receiver) which will operate as if a single speaker. To create one, choose one of the devices on the Devices page and click the "..." button.<br><br>Choose "Create group", and a setup page appears. Here you can name the group -- for example "House Party" if they're in three living areas -- and then choose from the available devices that you'd like to add. The new "House Party" group will now appear on your list as if it was a single device.<br><br>. . .<br><br>Use your group in Chromecast apps<br><br>There are dozens of apps that support casting, but here we're going to concentrate on ones that are audio focused. First open up a Chromecast-compatible app, like Spotify or Pandora, and click the Cast button. On the list that appears you'll see all the available devices as well as any groups you've created, such as "House Party", for example. Choose a group, play a song using the app and the music will play to all the included speakers and devices simultaneously.<br><br>Ref. 23, https://www.cnet.com/how-to/how-to-setup-multiroom-music-with-google-cast/. |
| 10. The method of claim 1, further comprising encrypting said media data stream of | The use of an LG mobile device running a Cast-enabled app to cast a YouTube video satisfies the additional recitations of claim 10. |



| | |
|---|---|
| media content before routing to said selected device. | Google is sending more and more of its traffic over HTTPS, according to a new announcement by the company. The announcement adds specific numbers on encrypted traffic for Google Calendar and YouTube, with the video service sending more than 97 percent of its traffic over encrypted connections.<br><br>Ref. 25, https://www.theverge.com/2016/8/1/12341686/youtube-google-traffic-https-encryption-protected |
| 12. The method of claim 1, wherein said routing of said media data stream of media content is directly from said external source to said selected device via said wireless communication link. | The use of an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 12.<br><br>Google Cast, in many use cases, routes a media data stream of media content directly from the external source to the selected device via the wireless communication link. For example, the mobile device re-routes a stream of media content to a selected compatible device by providing the URL for the media content to the media device via the wireless communication link. The selected compatible device then obtains the media content from the external source via the local wireless communication network.<br><br>The Chromecast works differently than the **Amazon Fire TV**, the **Roku**, and the **Apple TV**, the other major streaming devices. Those players all have on-screen interfaces that display the channels/apps that can be played through them and they all come with remotes to navigate through the interface. With the Chromecast, you find the content you want to watch/listen to/play on your Android or iOS mobile device or in your Chrome browser and then "cast" it to your TV through the player. (You're not actually sending the full signal to the Chromecast from your device; you're just sending the URL and it picks it up directly from the Internet.)<br><br>Ref. 22, https://techforluddites.com/google-chromecast-what-is-it-and-how-does-it-work/ |





Ref. 21, http://geeknizer.com/how-chromecast-works-chromecast-protocol-explained/.

> In the vast majority of cases, all you're doing is using your phone to tell the Chromecast device what content to play by pointing it at the source. Chromecast then uses its own connection to retrieve that stream in the best quality it can.

Ref. 27, https://www.pocket-lint.com/tv/news/google/127898-what-is-google-chromecast-and-why-should-you-care

| | |
|---|---|
| 13. The method of claim 1, wherein before said causing said media data stream is constantly received and presented by said mobile device while being delivered by said external source before said scanning is performed. | The use of an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 13.<br><br>There are two ways users can start a Cast session:<br><br>**1. Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning |



| | |
|---|---|
| | **2.  Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics |
| 14. A mobile apparatus of routing media data stream, comprising: | A mobile apparatus (e.g., a smartphone or tablet) running a Chromecast-enabled app can route a media data stream. On information and belief, various Chromecast-enabled apps come pre-installed on many Android devices, such as YouTube, Google Play Movies, Google Play Music, and Facebook.<br><br>Ref. 1, https://store.google.com/us/product/chromecast_apps?hl=en-US.<br><br>    "Stream from thousands of apps. Chromecast works with the apps you love.<br><br>    Stream from your device to your TV. Just like that.<br>    Stream from Android and iPhone®<br>    Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."<br><br>Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US<br><br>    Casting your Android screen is available on devices running Android 5.0 or later<br><br>    Ref. 3, https://support.google.com/chromecast/answer/6059461?hl=en<br><br>All devices running Android 5.0 or later support the Cast Audio feature. However, the following devices have been tested to work best for Android Audio casting.<br><br>**Supported Android devices**<br><br>•  LG DM-01G |



|  | • LG G2 |
|---|---|

• LG G2
• LG G3
• LG G3 A
• LG G3 Cat.6
• LG G4
• LG G Flex 2
• LG G Pro 2
• LG G Pad 8.3 Google Play edition

Ref. 26, https://support.google.com/chromecast/answer/6293749

Cast video from Chromecast-enabled apps to your TV
Casting to your TV is a simple way to enjoy your favorite apps optimized for the big screen. You can even use your mobile device or tablet as a remote and control everything from playback to volume via the Home app

Ref. 10, https://support.google.com/chromecast/answer/3006709

| a receiver wirelessly adapted to receive a media data stream transmitted according to a streaming protocol and comprising media content from an external source via a local wireless communication network, said media content is selected from a group consisting of; audio content and video content; | A smartphone or tablet includes a receiver wirelessly adapted to receive a media data stream transmitted according to a streaming protocol and comprising media content (including audio content or video content) from an external source (e.g., YouTube, Netflix) via a local wireless communication network (e.g., a wireless local area network). |
|---|---|

"Stream from thousands of apps. Chromecast works with the apps you love.

Stream from your device to your TV. Just like that.
Stream from Android and iPhone®
Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."

Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US



YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses to a YouTube video, his browser or app software will begin to download the video file. As soon as the computer receives enough of the video stream, the software will begin playback, displaying the video while the rest of it is being downloaded." Ref. 5, https://itstillworks.com/youtube-streaming-works-33614.html

YouTube also uses HTML5 to stream video to Chromecast-enabled devices. Ref. 7, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.

HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 8, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.

When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.

**Step 2. Choose a video**

3. Open the YouTube app or YouTube.com.
4. Tap the Cast button . Tip: On the YouTube app, the Cast button is at the top of the Home screen. From YouTube.com on your laptop, it's in the bottom right corner of the player.

Note: You can also open YouTube.com and cast directly from Chrome browser.

Ref. 9, https://support.google.com/chromecast/answer/2995235?hl=en

37



| | |
|---|---|
| a scouting detector adapted to scan said local wireless communication network to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | A mobile apparatus running a Chromecast-enabled app such as YouTube includes a scouting detector that is adapted to scan the local wireless communication network  to identify a plurality of devices identified as compatible to handle the media content received by the mobile apparatus (e.g., a YouTube video).<br><br>For example, when a user of a Chromecast-enabled app taps the "Cast button," the Chromecast-enabled app will scan the local wireless network to which the mobile apparatus is connected to identify compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from Chromecast-enabled apps to your TV**<br><br>1. <mark>Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.</mark><br>2. Open a Chromecast-enabled app.<br>3. Tap the Cast button ⬛. Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.<br>4. <mark>Tap the device you'd like to cast to.</mark><br>5. When you're connected, the Cast button will turn color, letting you know you're connected.<br>6. You can now cast videos, movies and TV shows directly to your TV.<br>7. To stop casting, tap the Cast button ⌄ Disconnect.<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en. |



The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, televisions equipped with an external Chromecast device are connected to the same local wireless communication network as the mobile apparatus running a Chromecast-enabled app and are further set up through the Google Home app to announce themselves as available to accept Chromecast-routed media via the local wireless communication network:

**What you need to get started**

- A Chromecast device (3rd gen or older).
- Latest version of the Google Home app.
- Latest version of Google app (Android only. Download it here).
- A Google account.
- A display device with an HDMI input, for example, a high-definition television (HDTV)
- A mobile device or tablet.
- The compatible mobile device or tablet must support a 5GHz connection to set up Chromecast on a 5GHz connection. Note: A WPA2-Enterprise network is not supported.
- Meet the minimum Operating System (OS) requirements to run the Google Home app.
- An internet connection.
- Access to a secure wireless network. Make sure you have the wireless network password handy.
- Availability and performance of certain features, services and applications are device- and network-dependent and may not be available in all areas; subscription(s) may be required, and additional terms, conditions and/or charges may apply.

**Set up Chromecast or Chromecast Ultra**

6. Plug in your Chromecast.
7. Download the Google Home app on your Chromecast-supported Android device.

39



8. Open the Google Home app .
9. Follow the steps.
   1. If you don't find the steps to set up your Chromecast:

      i. At the top left of the Google Home app home screen, tap Add ➕ ❯ Set up device ❯ New device.
      ii. Follow the remaining steps.

Setup is successful. You're all done!

Ref. 11, https://support.google.com/chromecast/answer/2998456.

A similar process is used to set up Chromecast-enabled televisions (i.e., those with Chromecast capability built-in) to announce their availability to accept routed media via the local wireless communication network:

**Play YouTube videos on Chromecast-enabled TVs using Google Home**

Initiate and control YouTube videos to any TV with Chromecast or Chromecast built-in — using only your voice.

For a video demonstration, check out the YouTube video at the bottom of this article. If you prefer step-by-step instructions, see below.

Note: If Digital Wellbeing is enabled, this feature may be restricted or blocked by either Downtime or Filters. Please go here for more information on Digital Wellbeing.

**Step 1. Link TVs using the Google Home app**
Link TVs to Google Home

40



Here's how to link <u>voice-supported Cast devices</u> to Google Home:

**Link a device**

1. <u>Set up</u> Google Home.
2. Make sure your Chromecast Audio or speaker with Chromecast built-in is set up and on the same Wi-Fi network as Google Home.
3. Open the Google Home app .
4. In the bottom right corner of the screen, tap Account .
5. Verify that the Google Account that is listed is the one <u>linked to Google Home</u>. To switch accounts, click the triangle to the right of the account name.
6. Tap Settings.
7. Under SERVICES, tap TVs and Speakers . You'll see a list of all your linked devices.
8. To link a new Chromecast Audio or speaker with Chromecast built-in, tap  in the bottom right corner of the screen.
9. The Google Home app will search for voice-supported speakers on the same Wi-Fi network as your Google Home. Note: You may see a list of devices that aren't voice-supported. These can't currently be linked to your Google Home, but they'll be available soon.
10. To add a device, tap the checkbox next to the device name. You can select multiple devices. Tap Add.
11. You'll see all your devices within the TVs and Speakers  section of the Google Home app. .

<u>Ref. 12, https://support.google.com/chromecast/answer/7029380?hl=en&ref_topic=7670719</u>.

Because these compatible devices have been registered through the Google Home app, they are identified as compatible to handle the media content provided through Chromecast-enabled apps such as YouTube.



| | Chromecast uses Multicast DNS for discovering compatible devices. <u>Ref. 13, https://www.theregister.co.uk/2018/01/15/router_vendors_update_firmware_to_protect_against_google_chromecast_traffic_floods/</u>; <u>Ref. 14, http://h22208.www2.hpe.com/eginfolib/networking/docs/switches/K-KA-KB/16-01/5200-0141_mrg/content/apa.html</u>. For example, upon startup, a device announces it presence as follows:<br><br>    8.3.  Announcing<br><br>The second startup step is that the Multicast DNS responder MUST send an unsolicited Multicast DNS response containing, in the Answer Section, all of its newly registered resource records (both shared records, and unique records that have completed the probing step). If there are too many resource records to fit in a single packet, multiple packets should be used.<br><br><u>Ref. 15, https://www.ietf.org/rfc/rfc6762.txt</u>.<br><br>This enables a Chromecast-enabled app to discover compatible devices as shown in the following series of screenshots. |
|---|---|









Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac.

Ref. 28, https://www.youtube.com/watch?v=Mr-sHCLMdog.

| a controller adapted to select, based on a user interaction made with said mobile apparatus, one of said plurality of devices and to instruct a setting up of a wireless communication link with said selected device via | A mobile apparatus running a Chromecast-enabled app includes a controller adapted to select, based on a user interaction made with the mobile apparatus, one of the plurality of devices and to instruct a setting up of a wireless communication link with the selected device via the local wireless communication network.<br><br>For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices: |
| --- | --- |



| said local wireless communication network; | **Cast from Chromecast-enabled apps to your TV**<br><br>1. Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.<br>2. Open a Chromecast-enabled app.<br>3. Tap the Cast button ⬓. Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.<br>4. <mark>Tap the device you'd like to cast to.</mark><br>5. When you're connected, the Cast button will turn color, letting you know you're connected.<br>6. You can now cast videos, movies and TV shows directly to your TV.<br>7. To stop casting, tap the Cast button ⌄ Disconnect.<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en.<br><br>When the user taps the desired compatible device, the Chromecast-enabled app instructs a wireless communication link to be set up with the selected compatible device via the wireless communication network: "When you're connected, the Cast button will turn color, letting you know you're connected." Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en. A "Cast session" is established between a Chromecast-enabled app and a compatible device: "**Cast sequence**<br><br>There are two ways users can start a Cast session:<br>   1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>   2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics.<br><br>The Cast dialog allows users to "connect to, control, and disconnect from Cast receivers," indicating that a wireless communication link is established between the Chromecast-enabled app |



| | |
|---|---|
| | and the compatible device. <u>Ref. 18,</u> <u>https://developers.google.com/cast/docs/design_checklist/cast-dialog</u>. "When content is casting to a Cast receiver, the user must always be able to control it from the sender app," thus requiring a wireless communication link. <u>Ref. 19,</u> <u>https://developers.google.com/cast/docs/design_checklist/sender</u>. Similarly, the Google Cast documentation suggests that a receiver app should disconnect if idle (i.e., connected but not casting) for five minutes, indicating that a wireless communication link is established while the sender app is casting: "An idle screen is displayed on the receiver, when the receiver is connected to a sender but not casting. . . . Best practices . . . Disconnect from the receiver app and stop it from running if idle for 5 minutes (or less)."<br><br><u>Ref. 20, https://developers.google.com/cast/docs/design_checklist/receiver#receiver-ui-idle</u> |
| wherein said controller is adapted to instruct the routing of said media data stream of media content to said selected device via said wireless communication link for streaming said media data stream according to said streaming protocol for presentation of said media content by a media player of said selected device. | A mobile apparatus running a Chromecast-enabled app is adapted to instruct the routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device.<br><br>There are two ways users can start a Cast session:<br><br>**1. Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>**2. Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br><u>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics</u><br><br>In the "Connect & play" sequence, the user selects a receiver and then begins playing content:<br><br>Select a receiver |





Receiver app loading



Play the content



Receiver playing content





Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

In the second sequence, the user first begins playing streaming media on the mobile apparatus, then taps the cast button, and selects a receiver (a compatible device) with which to establish a connection, and instructs content to be routed to the compatible device.

**2. Play & connect**

**Android**

Play the content





Cast home screen



Tap the Cast button



Cast home screen







| | Cast home screen |
| |  |
| | Cast connected |





Receiver playing content





Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

In both scenarios, the mobile apparatus running a Chromecast-enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device



Ref. 21, http://geeknizer.com/how-chromecast-works-chromecast-protocol-explained/. For example, the mobile device may provide a URL for the media content to the compatible device via the wireless communication link. Ref. 22, https://techforluddites.com/google-chromecast-what-is-it-and-how-does-it-work/.

The compatible device is connected to the same Wi-Fi network as the mobile device and receives content over that same network.



| | In the vast majority of cases, all you're doing is using your phone to tell the Chromecast device what content to play by pointing it at the source. Chromecast then uses its own connection to retrieve that stream in the best quality it can.<br><br>However, if you're mirroring your phone on the TV, or viewing a website, then you're sending that directly from your phone or computer directly to the Chromecast and both need to stay connected<br><br>Ref. 27, https://www.pocket-lint.com/tv/news/google/127898-what-is-google-chromecast-and-why-should-you-care |
|---|---|
| 15. The mobile apparatus of claim 14, wherein said mobile apparatus is one of a cell phone, a handheld device, and a personal digital assistant. | Various LG mobile devices running a Cast-enabled app satisfy the additional recitations of claim 15.<br><br>All devices running Android 5.0 or later support the Cast Audio feature. However, the following devices have been tested to work best for Android Audio casting.<br><br>**Supported Android devices**<br><br>• LG DM-01G<br>• LG G2<br>• LG G3<br>• LG G3 A<br>• LG G3 Cat.6<br>• LG G4<br>• LG G Flex 2<br>• LG G Pro 2<br>• LG G Pad 8.3 Google Play edition<br><br>Ref. 26, https://support.google.com/chromecast/answer/6293749 |



| | |
|---|---|
| | Cast video from Chromecast-enabled apps to your TV<br><br>Casting to your TV is a simple way to enjoy your favorite apps optimized for the big screen. You can even use your mobile device or tablet as a remote and control everything from playback to volume via the Home app<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709 |
| 16. The mobile apparatus of claim 14, further comprising a user interface associated with said scouting detector for allowing a user to select between available compatible media handling devices to reroute said media data stream thereto. | An LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 16.<br><br> |





Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac

Ref. 28, https://www.youtube.com/watch?v=Mr-sHCLMdog.

| 17. The mobile apparatus of claim 14, wherein said controller further comprising control functionality operable to inform a communication service provider of a desired routing, thereby to enable a communication service provider to reroute media said data. | On information and belief, an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 17.<br><br>For example, on information and belief an LG mobile device running a Cast-enabled app informs a communication service provider (e.g., YouTube) of a desired routing as part of the Cast process. |
|---|---|





Ref. 21, http://geeknizer.com/how-chromecast-works-chromecast-protocol-explained/.

> In the vast majority of cases, all you're doing is using your phone to tell the Chromecast device what content to play by pointing it at the source. Chromecast then uses its own connection to retrieve that stream in the best quality it can.

Ref. 29, https://www.pocket-lint.com/tv/news/google/127898-what-is-google-chromecast-and-why-should-you-care

| 19. The mobile apparatus of claim 14, wherein said media content is one of voice data, bidirectional voice data, bidirectional audio data, bidirectional video data, a game session, an interactive game session, a television | An LG mobile apparatus (e.g., a smartphone or tablet) running a Chromecast-enabled app can be used to route, for example, a radio broadcast.<br><br>Ref. 24, https://www.youtube.com/watch?v=sv634CrVaUM |
|---|---|



| | |
|---|---|
| broadcast, and a radio broadcast. | |
| 22. A computer program product for routing media data stream, said computer program product comprising: a non-transitory computer readable storage medium having stored thereon: | An LG mobile apparatus (e.g., a smartphone or tablet) running a Chromecast-enabled app includes a computer program product for routing a media data stream, including a non-transitory computer readable storage medium. On information and belief, various Chromecast-enabled apps come pre-installed (or can be installed later) on many Android devices, such as YouTube, Netflix, YouTube tv, YouTube Music etc.<br><br>Ref. 1, https://store.google.com/us/product/chromecast_apps?hl=en-US.<br><br><br>"Stream from thousands of apps. Chromecast works with the apps you love.<br><br>Stream from your device to your TV. Just like that.<br>Stream from Android and iPhone®<br>Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."<br><br>Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US<br><br>Casting your Android screen is available on devices running Android 5.0 or later<br><br>Ref. 3, https://support.google.com/chromecast/answer/6059461?hl=en<br><br>All devices running Android 5.0 or later support the Cast Audio feature. However, the following devices have been tested to work best for Android Audio casting.<br><br>**Supported Android devices**<br><br>• LG DM-01G<br>• LG G2<br>• LG G3 |



<table>
<tr><td></td><td>

- LG G3 A
- LG G3 Cat.6
- LG G4
- LG G Flex 2
- LG G Pro 2
- LG G Pad 8.3 Google Play edition

Ref. 26, https://support.google.com/chromecast/answer/6293749


Cast video from Chromecast-enabled apps to your TV

Casting to your TV is a simple way to enjoy your favorite apps optimized for the big screen. You can even use your mobile device or tablet as a remote and control everything from playback to volume via the Home app

Ref. 10, https://support.google.com/chromecast/answer/3006709

</td></tr>
<tr><td>

first program instructions executable by a processor to wirelessly receive at a mobile device, from an external source via a local wireless communication network, a media data stream transmitted according to a streaming protocol and comprising media content selected from a group consisted of: audio content and video content;

</td><td>

A smartphone or tablet includes first program instructions executable by a processor to wirelessly receive at a mobile device, from an external source (e.g., YouTube) via a local wireless communication network (e.g., a wireless local area network), a media data stream transmitted according to a streaming protocol and comprising media content selected from a group consisted of: audio content and video content.

Chromecast-enabled apps running on smartphones or tablets allow users to receive streaming audio or video:

"Stream from thousands of apps. Chromecast works with the apps you love.

Stream from your device to your TV. Just like that.
Stream from Android and iPhone®
Enjoy thousands of Android or iPhone apps,2and play or pause directly from your phone."

</td></tr>
</table>



Ref. 2, https://store.google.com/us/product/chromecast?hl=en-US

YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses to a YouTube video, his browser or app software will begin to download the video file. As soon as the computer receives enough of the video stream, the software will begin playback, displaying the video while the rest of it is being downloaded." Ref. 5, https://itstillworks.com/youtube-streaming-works-33614.html

YouTube also uses HTML5 to stream video to Chromecast-enabled devices. Ref. 7, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.

HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 8, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.

When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.

**Step 2. Choose a video**

1. Open the YouTube app ▶ or YouTube.com.
2. Tap the Cast button 🔲.  Tip: On the YouTube app, the Cast button is at the top of the Home screen. From YouTube.com on your laptop, it's in the bottom right corner of the player.

Note: You can also open YouTube.com and cast directly from Chrome browser.



| | Ref. 9, https://support.google.com/chromecast/answer/2995235?hl=en |
|---|---|
| second program instructions executable by the processor to scan said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | An LG mobile apparatus running a Chromecast-enabled app such as YouTube includes second program instructions executable by the processor to scan said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network (e.g., a YouTube video).<br><br>For example, when a user of a Chromecast-enabled app taps the "Cast button," the Chromecast-enabled app will scan the local wireless network to which the mobile apparatus is connected to identify compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from Chromecast-enabled apps to your TV**<br><br>1. <mark>Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.</mark><br>2. Open a Chromecast-enabled app.<br>3. Tap the Cast button . Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.<br>4. <mark>Tap the device you'd like to cast to.</mark><br>5. When you're connected, the Cast button will turn color, letting you know you're connected.<br>6. You can now cast videos, movies and TV shows directly to your TV.<br>7. To stop casting, tap the Cast button  Disconnect.<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en. |



The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, televisions equipped with an external Chromecast device are connected to the same local wireless communication network as the mobile apparatus running a Chromecast-enabled app and are further set up through the Google Home app to announce themselves as available to accept Chromecast-routed media via the local wireless communication network:

**What you need to get started**

- A Chromecast device (3rd gen or older).
- Latest version of the <u>Google Home app</u> .
- Latest version of Google app (Android only. Download it <u>here</u>).
- A <u>Google account</u>.
- A display device with an HDMI input, for example, a high-definition television (HDTV)
- A mobile device or tablet.
- The compatible mobile device or tablet must support a 5GHz connection to set up Chromecast on a 5GHz connection. Note: A WPA2-Enterprise network is not supported.
- Meet the <u>minimum Operating System (OS) requirements</u> to run the Google Home app .
- An internet connection.
- Access to a secure wireless network. Make sure you have the wireless network password handy.
- Availability and performance of certain features, services and applications are device- and network-dependent and may not be available in all areas; subscription(s) may be required, and additional terms, conditions and/or charges may apply.

**Set up Chromecast or Chromecast Ultra**

1. Plug in your Chromecast.
2. Download the <u>Google Home app</u> on your Chromecast-supported Android device.



3. Open the Google Home app 🏠.
4. Follow the steps.
    1. If you don't find the steps to set up your Chromecast:
        i. At the top left of the Google Home app home screen, tap Add ＋ › Set up device › New device.
        ii. Follow the remaining steps.
5. Setup is successful. You're all done!

Ref. 11, https://support.google.com/chromecast/answer/2998456.

A similar process is used to set up Chromecast-enabled televisions (i.e., those with Chromecast capability built-in) to announce their availability to accept routed media via the local wireless communication network:

**Play YouTube videos on Chromecast-enabled TVs using Google Home**

Initiate and control YouTube videos to any TV with Chromecast or Chromecast built-in — using only your voice.

For a video demonstration, check out the YouTube video at the bottom of this article. If you prefer step-by-step instructions, see below.

Note: If Digital Wellbeing is enabled, this feature may be restricted or blocked by either Downtime or Filters. Please go here for more information on Digital Wellbeing.

**Step 1. Link TVs using the Google Home app**
Link TVs to Google Home

Here's how to link voice-supported Cast devices to Google Home:



**Link a device**

1. Set up Google Home.
2. Make sure your Chromecast Audio or speaker with Chromecast built-in is set up and on the same Wi-Fi network as Google Home.
3. Open the Google Home app 🏠.
4. In the bottom right corner of the screen, tap Account 👤.
5. Verify that the Google Account that is listed is the one linked to Google Home. To switch accounts, click the triangle to the right of the account name.
6. Tap Settings.
7. Under SERVICES, tap TVs and Speakers 📺. You'll see a list of all your linked devices.
8. To link a new Chromecast Audio or speaker with Chromecast built-in, tap ⊕ in the bottom right corner of the screen.
9. The Google Home app will search for voice-supported speakers on the same Wi-Fi network as your Google Home. Note: You may see a list of devices that aren't voice-supported. These can't currently be linked to your Google Home, but they'll be available soon.
10. To add a device, tap the checkbox next to the device name. You can select multiple devices. Tap Add.
11. You'll see all your devices within the TVs and Speakers 📺 section of the Google Home app. 🏠.

Ref. 12, https://support.google.com/chromecast/answer/7029380?hl=en&ref_topic=7670719.

Because these compatible devices have been registered through the Google Home app, they are identified as compatible to handle the media content provided through Chromecast-enabled apps such as YouTube.

Chromecast uses Multicast DNS for discovering compatible devices. Ref. 13, https://www.theregister.co.uk/2018/01/15/router_vendors_update_firmware_to_protect_against_google_chromecast_traffic_floods/; Ref. 14, http://h22208.www2.hpe.com/eginfolib/networking/docs/switches/K-KA-KB/16-01/5200-



| | |
|---|---|
| | 0141  mrg/content/apa.html. For example, upon startup, a device announces it presence as follows:<br><br>    8.3.  Announcing<br><br>The second startup step is that the Multicast DNS responder MUST send an unsolicited Multicast DNS response containing, in the Answer Section, all of its newly registered resource records (both shared records, and unique records that have completed the probing step). If there are too many resource records to fit in a single packet, multiple packets should be used.<br><br>Ref. 15, https://www.ietf.org/rfc/rfc6762.txt.<br><br>This enables a Chromecast-enabled app to discover compatible devices as shown in the following series of screenshots. |









Ref. 16, https://www.youtube.com/watch?v=iWCoZ6E6cac.

Ref. 28, https://www.youtube.com/watch?v=Mr-sHCLMdog.

| | |
|---|---|
| third program instructions executable by the processor to select, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, | An LG mobile apparatus running a Chromecast-enabled app includes third program instructions executable by the processor to select, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, one of said plurality of devices.<br><br>For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices: |



| one of said plurality of devices; | **Cast from Chromecast-enabled apps to your TV**<br><br>1. Make sure the mobile device, tablet or computer you are using to cast is on the *same Wi-Fi network* as your Chromecast or TV with Chromecast built-in.<br>2. Open a Chromecast-enabled app.<br>3. Tap the Cast button ⬚. Note: The Cast button isn't located in the same place on all Chromecast-enabled apps.<br>4. <mark>Tap the device you'd like to cast to.</mark><br>5. When you're connected, the Cast button will turn color, letting you know you're connected.<br>6. You can now cast videos, movies and TV shows directly to your TV.<br>7. To stop casting, tap the Cast button ˃ Disconnect.<br><br>Ref. 10, https://support.google.com/chromecast/answer/3006709?hl=en.<br><br><br>There are two ways users can start a Cast session:<br>  1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>  2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics. |
| fourth program instructions executable by the processor to set up a wireless communication link with said selected device via said local wireless communication network; and | An LG mobile apparatus running a Chromecast-enabled app includes fourth program instructions executable by the processor to set up a wireless communication link with said selected device via said local wireless communication network. |



For example, when the user taps the desired compatible device, the Chromecast-enabled app instructs a wireless communication link to be set up with the selected compatible device via the local wireless communication network: "When you're connected, the Cast button will turn color, letting you know you're connected." <u>Ref. 10,</u> <u>https://support.google.com/chromecast/answer/3006709?hl=en</u>. A "Cast session" is established between a Chromecast-enabled app and a compatible device: "**Cast sequence**

There are two ways users can start a Cast session:
1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning
2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device

<u>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics</u>.

The Cast dialog allows users to "connect to, control, and disconnect from Cast receivers," indicating that a wireless communication link is established between the Chromecast-enabled app and the compatible device. <u>Ref. 18,</u> <u>https://developers.google.com/cast/docs/design_checklist/cast-dialog</u>. "When content is casting to a Cast receiver, the user must always be able to control it from the sender app," thus requiring a wireless communication link. <u>Ref. 19,</u> <u>https://developers.google.com/cast/docs/design_checklist/sender</u>. Similarly, the Google Cast documentation suggests that a receiver app should disconnect if idle (i.e., connected but not casting) for five minutes, indicating that a wireless communication link is established while the sender app is casting: "An idle screen is displayed on the receiver, when the receiver is connected to a sender but not casting. . . . Best practices . . . Disconnect from the receiver app and stop it from running if idle for 5 minutes (or less)."

<u>Ref. 20, https://developers.google.com/cast/docs/design_checklist/receiver#receiver-ui-idle</u>



| fifth program instructions executable by the processor to cause a routing of said media data stream of media content to said selected device via said wireless communication link streaming said data stream of media content according to said streaming protocol for presentation of said media content by a media player of said selected device. | An LG mobile apparatus running a Chromecast-enabled app includes fifth program instructions executable by the processor to cause a routing of said media data stream of media content to said selected device via said wireless communication link streaming said data stream of media content according to said streaming protocol for presentation of said media content by a media player of said selected device.<br><br>There are two ways users can start a Cast session:<br><br>1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics<br><br>In the "Connect & play" sequence, the user selects a receiver and then begins playing content:<br><br>Select a receiver |





Receiver app loading



Play the content



Receiver playing content





Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

In the second sequence, the user first begins playing streaming media on the mobile apparatus, then taps the cast button, and selects a receiver (a compatible device) with which to establish a connection, and instructs content to be routed to the compatible device.

**2. Play & connect**

**Android**

Play the content





Cast home screen



Tap the Cast button



Cast home screen





Select a receiver



Cast home screen



Cast connected





Receiver playing content





Ref. 17, https://developers.google.com/cast/docs/design_checklist/cast-basics

In both scenarios, the mobile apparatus running a Chromecast-enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device



Ref. 21, http://geeknizer.com/how-chromecast-works-chromecast-protocol-explained/. For example, the mobile device may provide a URL for the media content to the compatible device via the wireless communication link. Ref. 22, https://techforluddites.com/google-chromecast-what-is-it-and-how-does-it-work/.

The compatible device is connected to the same Wi-Fi network as the mobile device and receives content over that same network.

81



| | In the vast majority of cases, all you're doing is using your phone to tell the Chromecast device what content to play by pointing it at the source. Chromecast then uses its own connection to retrieve that stream in the best quality it can.<br><br>However, if you're mirroring your phone on the TV, or viewing a website, then you're sending that directly from your phone or computer directly to the Chromecast and both need to stay connected<br><br>Ref. 29, https://www.pocket-lint.com/tv/news/google/127898-what-is-google-chromecast-and-why-should-you-care |
| --- | --- |