EXHIBIT E



| U.S. Patent No. 9,699,223 Claim language | Comparison of LG mobile devices providing LG Smart Share to U.S. Patent No. 9,699,223 |
|---|---|
| 1. A method of routing media data stream, comprising: | LG mobile devices providing LG Smart Share (or Screen Share) involve a method of routing a media data stream (e.g., a YouTube video or Netflix show). On information and belief, various apps that come pre-installed (or can be installed later) on many LG smartphones and tablets are Smart Share enabled, such as YouTube, Netflix, Hulu, etc.<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |







## SHARE USING WIFI

There multiple ways to share screen from your android device using wifi.

- You can share using LG Screen Share App on Wi-Fi, Wifi-Direct or WiDi
- You can share using **DLNA players**
- You can share using Miracast or Screen Cast.

Ref. 2, https://www.lg.com/us/support/help-library/screen-share-screen-mirroring-device-to-tv-CT10000018-20150637965681.

"Most LG phones are equipped with screen share and other content sharing technologies. If you are using Android 4.0 and above, the phone may come with a screen share feature."

Ref. 3, https://www.lg.com/us/android-phones

"How to use Cast Screen to LG webOS Smart TV while using YouTube & Netflix in your mobile."

Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

| | |
|---|---|
| wirelessly receiving at a mobile device, from an external source via a local wireless communication network, a media data stream transmitted according to a | An LG mobile apparatus (e.g., a smartphone or tablet) wirelessly receives, from an external source (e.g., YouTube or Netflix) via a local wireless communication network (e.g., a local wireless area network), a media data stream transmitted according to a streaming protocol and comprising audio or video media content. |



| | |
|---|---|
| streaming protocol and comprising media content selected from a group consisting of: audio content and video content; | An LG mobile apparatus allow users to receive streaming audio or video.<br><br>   "Click on cast icon in mobile after opening Youtube app or play a content in Youtube then click cast icon"<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620<br><br>YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses to a YouTube video, his browser or app software will begin to download the video file. As soon as the computer receives enough of the video stream, the software will begin playback, displaying the video while the rest of it is being downloaded."<br><br>Ref. 4, https://itstillworks.com/youtube-streaming-works-33614.html<br><br>YouTube streams HTML5 video by default. Ref. 5, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.<br><br>HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 6, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.<br><br>When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.<br><br><ol><li>Make sure your smart TV or streaming device is set up.</li><li>Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.</li><li>Open the YouTube app.</li><li>Select the video you want to watch and tap the Cast 📶 icon.</li></ol> |





|  | 5. Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV.<br><br>6. To disconnect, tap Cast then tap DISCONNECT.<br><br><u>Ref. 7,</u><br><u>https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en</u> |
|---|---|
| scanning said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | An LG mobile apparatus (e.g., a smartphone or tablet) running an enabled app (e.g., Netflix, YouTube, etc.) scans the local wireless communication network to identify a plurality of devices identified as compatible to handle the media content and which are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the local wireless communication network.<br><br>For example, when a user of a casting enabled app taps the "Cast button" the app scans the local wireless network to which the mobile apparatus is connected to identify availability of compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from enabled app to your TV**<br><br>7. Make sure your smart TV or streaming device is set up.<br>8. Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.<br>9. Open the YouTube app.<br>10. Select the video you want to watch and tap the Cast icon.<br>11. Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV.<br>12. To disconnect, tap Cast then tap DISCONNECT. |



Ref. 7,
https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en

The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, an LG Smart TV running WebOS connected to the same local wireless communication network as the mobile apparatus or connected to the mobile apparatus via WiFi Direct announces itself as available to accept media:

1. Make sure your LG TV and your device are on the same WiFi network.

2. Now find the Screen Share app in your LG TV's smart menu and open it.

3. After opening it, you will see the Listening mode button, Click on it and turn it ON if it is in OFF state.

4. Open your device settings.

   **Android:** Find the Screen sharing (cast or mirroring) in settings of your device and tap on it to open. Now you will find a list of wireless devices, from which you have to select your LG TV. After that, you will see your Android device display is casting on your LG TV.

Ref. 8, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/

This process is used to set up LG Smart televisions to announce their availability to accept routed media via the local wireless communication network.





Ref. 9, https://www.youtube.com/watch?v=Ay4Up7hBJXg.

Because these compatible devices have been registered through the Screen Share app, they are identified as compatible to handle the media content provided through enabled apps such as YouTube.

Announcing





This enables a Screen Share app on the mobile device, LG smartphone, to discover compatible devices and specifically an LG Smart TV. The TV listens to requests and indicates its availability.

Ref. 10, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/

| selecting, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, one of said plurality of devices; | An LG mobile apparatus running an enabled app selects, based on a user interaction made with the mobile device and while the media data stream is streamed to the mobile device from the external source (e.g., YouTube) according to the streaming protocol, one of the plurality of devices. For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices: |
|---|---|
|  | "Select correct TV model to cast from available TV's list in same network" |





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

The selection of a compatible device can be made while the media content is being streamed to the mobile device.

There are two ways users can start a Cast session:

1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning
2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device

"Click on cast icon in mobile after opening Youtube app…"

9






"…Or play a content in Youtube then click cast icon"






| | |
|---|---|
| | Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
| setting up a wireless communication link with said selected compatible device via said local wireless communication network; | An LG mobile apparatus running an enabled app sets up a wireless communication link with the selected compatible device (for example, LG Smart TV) via the local wireless communication network.<br><br>When the user taps the desired compatible device, the enabled app instructs a wireless communication link to be set up with the selected compatible device via the wireless communication network: "Tap the LG TV listed to initiate the connection procedure on your smartphone. The phone and TV will display their connection status."<br><br>Ref. 11, https://www.lifewire.com/screen-mirroring-lg-smart-tvs-4770959.<br><br>The Cast function allows users to connect to, control, and disconnect from receivers (like an LG Smart TV), indicating that a wireless communication link is established between the LG mobile apparatus running the enabled app and the compatible device.<br><br>"LG has a feature called SmartShare incorporated in their webOS® operating system (LG Smart+ TV products). SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet or through a dedicated software packet on your laptop. Wi-Fi connections between the devices can be established using an existing BSS or Wi-Fi Direct."<br><br>Ref. 12, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi<br><br>BSS documentation suggests that a receiver or sender app should disconnect if idle (i.e., connected but not casting) for a certain period of time, indicating that a wireless communication link is established while the sender app is casting: "When an AP no longer receives frames from a |



| | |
|---|---|
| | wireless client for a certain period of time it assumes the client left the network and it disassociates it."<br><br>Ref. 13, https://www.cisco.com/c/en/us/support/docs/wireless-mobility/wireless-lan-wlan/201015-802-11v-Basic-Service-Set-BSS-on-AireO.html#anc3 |
| causing a routing of said media data stream of media content to said selected device via said wireless communication link for streaming said media data steam according to said streaming protocol for presentation of said media content by a media player of said selected device. | An LG mobile apparatus running an enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device.<br><br>"SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet…"<br><br>Ref. 14, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi<br><br>The selection of a compatible device can be made while the media content is being streamed to the mobile device.<br><br>There are two ways users can start a Cast session:<br><br>1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>"Click on cast icon in mobile after opening Youtube app…" |






"…Or play a content in Youtube then click cast icon"






| | |
|---|---|
| | Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
| | In both scenarios, the LG mobile apparatus running an enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device. |
| | "LG Smart TV (NetCast 3.0, NetCast 4.0, NetCast 4.5) supports DIAL (Discovery and Launch Protocol, http://www.dial-multiscreen.org/home)." |
| | Ref. 15, https://webostv.developer.lge.com/discover/netcast/faq/ |
| | "DIAL™ (Netflix/YouTube): DIAL (or 'Discovery And Launch') allows mobile devices running a DIAL-enabled app to find other compatible devices, primarily smart TVs or STBs, on the same network (BSS). From there, it will automatically open the app on that device as well. In practice, that means you can start up Netflix® or YouTube™ on your phone, connect to your TV, see the app open there, and start browsing for movies to play." |
| | Ref. 16, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi |
| 5. The method of claim 1, wherein said selecting comprises displaying a menu at said mobile device to allow a user to perform said user interaction. | An LG mobile device running an enabled app displays a menu on the mobile device that allows a user to select a compatible device for routing a media data stream.<br><br>    "Select correct TV model to cast from available TV's list in same network" |



| | |
|---|---|
| | <br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
| 10. The method of claim 1, further comprising encrypting said media data stream of media content before routing to said selected device. | The use of an LG mobile device running a Cast-enabled app to cast a YouTube video satisfies the additional recitations of claim 10.<br><br>Google is sending more and more of its traffic over HTTPS, according to a new announcement by the company. The announcement adds specific numbers on encrypted traffic for Google Calendar and YouTube, with the video service sending more than 97 percent of its traffic over encrypted connections.<br><br>Ref. 17, https://www.theverge.com/2016/8/1/12341686/youtube-google-traffic-https-encryption-protected |



| | |
|---|---|
| | "DIAL™ (Netflix/YouTube): DIAL (or 'Discovery And Launch') allows mobile devices running a DIAL-enabled app to find other compatible devices, primarily smart TVs or STBs, on the same network (BSS). From there, it will automatically open the app on that device as well. In practice, that means you can start up Netflix® or YouTube™ on your phone, connect to your TV, see the app open there, and start browsing for movies to play."<br><br>Ref. 16, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi |
| 12. The method of claim 1, wherein said routing of said media data stream of media content is directly from said external source to said selected device via said wireless communication link. | The use of an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 12.<br><br>Cast-enabled apps (for example Netflix, YouTube, etc.), in many use cases, routes a media data stream of media content directly from the external source to the selected device via the wireless communication link. For example, the mobile device re-routes a stream of media content to a selected compatible device by providing the URL for the media content to the media device via the wireless communication link. The selected compatible device then obtains the media content from the external source via the local wireless communication network.<br><br>"When casting, you're not streaming video from your mobile device to the TV display, but rather using your mobile to initially set up the cast, and then letting the YouTube or Netflix server do the rest of the work."<br><br>Ref. 18, https://airtame.com/blog/screen-sharing/ |
| 13. The method of claim 1, wherein before said causing said media data stream is constantly received and presented by said mobile device while being delivered | The use of an LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 13.<br><br>The selection of a compatible device can be made while the media content is being streamed to the mobile device. |



| | |
|---|---|
| by said external source before said scanning is performed. | There are two ways users can start a Cast session:<br><br>1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>"Click on cast icon in mobile after opening Youtube app…"<br><br><br><br>"…Or play a content in Youtube then click cast icon" |





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

| | |
|---|---|
| 14. A mobile apparatus of routing media data stream, comprising: | An LG mobile apparatus (e.g., a smartphone or tablet) running LG Smart Share (or Screen Share) can route a media data stream (e.g., a YouTube video or Netflix show). On information and belief, various apps that come pre-installed (or can be installed later) on many LG smartphones and tablets are Smart Share enabled, such as YouTube, Netflix, Hulu etc.<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |







# SHARE USING WIFI

There multiple ways to share screen from your android device using wifi.

- You can share using LG Screen Share App on Wi-Fi, Wifi-Direct or WiDi
- You can share using **DLNA players**
- You can share using Miracast or Screen Cast.

Ref. 2, https://www.lg.com/us/support/help-library/screen-share-screen-mirroring-device-to-tv-CT10000018-20150637965681.

"Most LG phones are equipped with screen share and other content sharing technologies. If you are using Android 4.0 and above, the phone may come with a screen share feature."

Ref. 3, https://www.lg.com/us/android-phones

"How to use Cast Screen to LG webOS Smart TV while using YouTube & Netflix in your mobile."

Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

| | |
|---|---|
| a receiver wirelessly adapted to receive a media data stream transmitted according to a streaming protocol and comprising media content from an external source via a local wireless communication | An LG mobile apparatus (e.g., a smartphone or tablet) includes a received wirelessly adapted to receive, from an external source (e.g., YouTube or Netflix) via a local wireless communication network (e.g., a local wireless area network), a media data stream transmitted according to a streaming protocol and comprising audio or video media content.

An LG mobile apparatus allow users to receive streaming audio or video. |



| | |
|---|---|
| network, said media content is selected from a group consisting of; audio content and video content; | "Click on cast icon in mobile after opening Youtube app or play a content in Youtube then click cast icon"<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620<br><br>YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses or app software will begin to download the video file. As soon as the computer receives enough of the video stream, the software will begin playback, displaying the video while the rest of it is being downloaded."<br><br>Ref. 4, https://itstillworks.com/youtube-streaming-works-33614.html<br><br>YouTube streams HTML5 video by default. Ref. 5, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.<br><br>HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 6, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.<br><br>When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.<br><br><br>1.  Make sure your smart TV or streaming device is set up.<br>2.  Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.<br>3.  Open the YouTube app.<br>4.  Select the video you want to watch and tap the Cast ⛶ icon.<br>5.  Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV. |



| | |
|---|---|
| | 6.  To disconnect, tap Cast  then tap DISCONNECT.<br><br>Ref. 7,<br>https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en |
| a scouting detector adapted to scan said local wireless communication network to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | An LG mobile apparatus (e.g., a smartphone or tablet) running an enabled app (e.g., Netflix, YouTube etc.) includes a scouting detector that is adapted to scans the local wireless communication network to identify a plurality of devices identified as compatible to handle the media content received by the mobile apparatus (e.g., a YouTube video).<br><br>For example, when a user of a casting enabled app taps the "Cast button" the app scans the local wireless network to which the mobile apparatus is connected to identify availability of compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from enabled app to your TV**<br><br>13.  Make sure your smart TV or streaming device is set up.<br>14.  Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.<br>15.  Open the YouTube app.<br>16.  Select the video you want to watch and tap the Cast icon.<br>17.  ==Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV.==<br>18.  To disconnect, tap Cast then tap DISCONNECT.<br><br>Ref. 7,<br>https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en |



The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, an LG Smart TV running WebOS connected to the same local wireless communication network as the mobile apparatus or connected to the mobile apparatus via WiFi Direct announces itself as available to accept media:

5. Make sure your LG TV and your device are on the same WiFi network.

6. Now find the Screen Share app in your LG TV's smart menu and open it.

7. After opening it, you will see the Listening mode button, Click on it and turn it ON if it is in OFF state.

8. Open your device settings.

    **Android:** Find the Screen sharing (cast or mirroring) in settings of your device and tap on it to open. Now you will find a list of wireless devices, from which you have to select your LG TV. After that, you will see your Android device display is casting on your LG TV.

Ref. 8, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/

This process is used to set up LG Smart televisions to announce their availability to accept routed media via the local wireless communication network.





Ref. 9, https://www.youtube.com/watch?v=Ay4Up7hBJXg.

Because these compatible devices have been registered through the Screen Share app, they are identified as compatible to handle the media content provided through enabled apps such as YouTube.

     Announcing





This enables a Screen Share app on the mobile device, LG smartphone, to discover compatible devices and specifically an LG Smart TV. The TV listens to requests and indicates its availability.

Ref. 10, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/.

| | |
|---|---|
| a controller adapted to select, based on a user interaction made with said mobile apparatus, one of said plurality of devices and to instruct a setting up of a wireless communication link with said selected device via said local wireless communication network; | An LG mobile apparatus running an enabled app includes a controller adapted to select, based on a user interaction made with the mobile apparatus, one of the plurality of devices and to instruct a setting up of a wireless communication link with the selected device via the local wireless communication network.<br><br>For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices:<br><br>"Select correct TV model to cast from available TV's list in same network" |



| | |
|---|---|
| | <br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620<br><br><br>The selection of a compatible device can be made while the media content is being streamed to the mobile device.<br><br>There are two ways users can start a Cast session:<br><br>1.  **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>2.  **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device |



"Click on cast icon in mobile after opening Youtube app…"





"…Or play a content in Youtube then click cast icon"





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

When the user taps the desired compatible device, the enabled app instructs a wireless communication link to be set up with the selected compatible device via the wireless communication network: "Tap the LG TV listed to initiate the connection procedure on your smartphone. The phone and TV will display their connection status."

Ref. 11, https://www.lifewire.com/screen-mirroring-lg-smart-tvs-4770959.

The Cast function allows users to connect to, control, and disconnect from receivers (like an LG Smart TV), indicating that a wireless communication link is established between the LG mobile apparatus enabled app and the compatible device.

"LG has a feature called SmartShare incorporated in their webOS® operating system (LG Smart+ TV products). SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet or through a dedicated software packet on

28



| | your laptop. Wi-Fi connections between the devices can be established using an existing BSS or Wi-Fi Direct." Ref. 12, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi BSS documentation suggests that a receiver or sender app should disconnect if idle (i.e., connected but not casting) for a certain period of time, indicating that a wireless communication link is established while the sender app is casting: "When an AP no longer receives frames from a wireless client for a certain period of time it assumes the client left the network and it disassociates it." Ref. 13, https://www.cisco.com/c/en/us/support/docs/wireless-mobility/wireless-lan-wlan/201015-802-11v-Basic-Service-Set-BSS-on-AireO.html#anc3 |
|---|---|
| wherein said controller is adapted to instruct the routing of said media data stream of media content to said selected device via said wireless communication link for streaming said media data stream according to said streaming protocol for presentation of said media content by a media player of said selected device. | An LG mobile apparatus running an enabled app is adapted to instruct the routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device. "SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet…" Ref. 14, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi The selection of a compatible device can be made while the media content is being streamed to the mobile device. There are two ways users can start a Cast session: |



1.  **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning
2.  **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device


"Click on cast icon in mobile after opening Youtube app…"

 

"…Or play a content in Youtube then click cast icon"





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

In both scenarios, the LG mobile apparatus running an enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device.

"LG Smart TV (NetCast 3.0, NetCast 4.0, NetCast 4.5) supports DIAL (Discovery and Launch Protocol, http://www.dial-multiscreen.org/home)."

Ref. 15, https://webostv.developer.lge.com/discover/netcast/faq/

"DIAL™ (Netflix/YouTube): DIAL (or 'Discovery And Launch') allows mobile devices running a DIAL-enabled app to find other compatible devices, primarily smart TVs or STBs, on the same network (BSS). From there, it will automatically open the app on that device as well. In practice, that means



| | you can start up Netflix® or YouTube™ on your phone, connect to your TV, see the app open there, and start browsing for movies to play." Ref. 16, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi |
|---|---|
| 15. The mobile apparatus of claim 14, wherein said mobile apparatus is one of a cell phone, a handheld device, and a personal digital assistant. | Various LG mobile devices running a Cast-enabled app satisfy the additional recitations of claim 15. "Most LG phones are equipped with screen share and other content sharing technologies. If you are using Android 4.0 and above, the phone may come with a screen share feature." Ref. 3, https://www.lg.com/us/android-phones |
| 16. The mobile apparatus of claim 14, further comprising a user interface associated with said scouting detector for allowing a user to select between available compatible media handling devices to reroute said media data stream thereto. | An LG mobile device running a Cast-enabled app satisfies the additional recitations of claim 16. "Select correct TV model to cast from available TV's list in same network" |



| | |
|---|---|
| | <br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
| 22. A computer program product for routing media data stream, said computer program product comprising: a non-transitory computer readable storage medium having stored thereon: | An LG mobile apparatus (e.g., a smartphone or tablet) running LG Smart Share (or Screen Share) includes a computer program product for routing a media data stream, including a non-transitory computer readable storage medium. On information and belief, LG Smart Share and other various apps come pre-installed (or can be installed later) on many LG Android devices, such as YouTube, Netflix, Hulu Music, etc.<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |







| | |
|---|---|
| | ## SHARE USING WIFI<br><br>There multiple ways to share screen from your android device using wifi.<br><br>- You can share using LG Screen Share App on Wi-Fi, Wifi-Direct or WiDi<br>- You can share using **DLNA players**<br>- You can share using Miracast or Screen Cast.<br><br>Ref. 2, https://www.lg.com/us/support/help-library/screen-share-screen-mirroring-device-to-tv-CT10000018-20150637965681.<br><br>"Most LG phones are equipped with screen share and other content sharing technologies. If you are using Android 4.0 and above, the phone may come with a screen share feature."<br><br>Ref. 3, https://www.lg.com/us/android-phones<br><br>"How to use Cast Screen to LG webOS Smart TV while using YouTube & Netflix in your mobile."<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
| first program instructions executable by a processor to wirelessly receive at a mobile device, from an external source via a local wireless communication network, a | An LG smartphone or tablet includes first program instructions executable by a processor to wirelessly receive at a mobile device, from an external source (e.g., YouTube) via a local wireless communication network (e.g., a wireless local area network), a media data stream transmitted according to a streaming protocol and comprising media content selected from a group consisted of: audio content and video content. |



| | |
|---|---|
| media data stream transmitted according to a streaming protocol and comprising media content selected from a group consisted of: audio content and video content; | An LG mobile apparatus allow users to receive streaming audio or video.<br><br>    "Click on cast icon in mobile after opening Youtube app or play a content in Youtube then click cast icon"<br><br>Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620<br><br>YouTube streams videos to users: "The key aspect of streaming is that users can view your media files as they download. When a user browses to a YouTube video, his browser or app software will begin to download the video file. As soon as the computer receives enough of the video stream, the software will begin playback, displaying the video while the rest of it is being downloaded."<br><br>Ref. 4, https://itstillworks.com/youtube-streaming-works-33614.html<br><br>YouTube streams HTML5 video by default. Ref. 5, https://techcrunch.com/2015/01/27/youtube-goes-html5-flash-is-now-deader/.<br><br>HTML5 is, or at least works with, a streaming media protocol to constantly receive and present media to an end-user while being delivered by a provider.  YouTube may also sometimes use another streaming protocol, Dynamic Adaptive Streaming over HTTP (DASH).  Ref. 6, https://bitmovin.com/status-mpeg-dash-today-youtube-netflix-use-html5-beyond/.<br><br>When users desire to cast, for example, a YouTube video, to a compatible device, they open the YouTube app and select the desired video.<br><br>1. Make sure your smart TV or streaming device is set up.<br>2. Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.<br>3. Open the YouTube app.<br>4. Select the video you want to watch and tap the Cast icon. |



| | |
|---|---|
| | 5. Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV.<br><br>6. To disconnect, tap Cast  then tap DISCONNECT.<br><br>Ref. 7,<br>https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en |
| second program instructions executable by the processor to scan said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network; | An LG mobile apparatus running an enabled app such as Smart share (or Screen share), as well as Netflix, YouTube, etc., includes second program instructions executable by the processor to scan said local wireless communication network using said mobile device to identify a plurality of devices, identified as compatible to handle said media content, said plurality of devices are wirelessly connected to said local wireless communication network and wirelessly announce an availability for accepting a routed media via said local wireless communication network.<br><br>For example, when a user of a casting enabled app taps the "Cast button" the app scans the local wireless network to which the mobile apparatus is connected to identify availability of compatible devices able to handle the media content (i.e., audio content or video content).<br><br>**Cast from enabled app to your TV**<br><br>19. Make sure your smart TV or streaming device is set up.<br>20. Make sure your phone or tablet is connected to the same Wi-Fi network as your smart TV or streaming device.<br>21. Open the YouTube app.<br>22. Select the video you want to watch and tap the Cast icon.<br>23. Select the device you want to cast to and wait for it to connect. Once connected, the video will play on your TV.<br>24. To disconnect, tap Cast then tap DISCONNECT. |



Ref. 7,
https://support.google.com/youtube/answer/7640706?co=GENIE.Platform%3DAndroid&hl=en

The compatible devices are wirelessly connected to the local wireless communication network and wirelessly announce an availability for accepting a routed media via the wireless communication network.

For example, an LG Smart TV running WebOS connected to the same local wireless communication network as the mobile apparatus or connected to the mobile apparatus via WiFi Direct announces itself as available to accept media:

9.  Make sure your LG TV and your device are on the same WiFi network.

10. Now find the Screen Share app in your LG TV's smart menu and open it.

11. After opening it, you will see the Listening mode button, Click on it and turn it ON if it is in OFF state.

12. Open your device settings.

   **Android:** Find the Screen sharing (cast or mirroring) in settings of your device and tap on it to open. Now you will find a list of wireless devices, from which you have to select your LG TV. After that, you will see your Android device display is casting on your LG TV.

Ref. 8, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/

This process is used to set up LG Smart televisions to announce their availability to accept routed media via the local wireless communication network.





Ref. 9, https://www.youtube.com/watch?v=Ay4Up7hBJXg.

Because these compatible devices have been registered through the Screen Share app, they are identified as compatible to handle the media content provided through enabled apps such as YouTube.

Announcing





This enables a Screen Share app on the mobile device, LG smartphone, to discover compatible devices and specifically an LG Smart TV. The TV listens to requests and indicates its availability.

Ref. 10, https://googlechromecast.com/how-to-cast-on-lg-tvs-all-methods/.

| | |
|---|---|
| third program instructions executable by the processor to select, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, one of said plurality of devices; | An LG mobile apparatus running an enabled app includes third program instructions executable by the processor to select, based on a user interaction made with said mobile device and while said media data stream is streamed to said mobile device from said external source according to said streaming protocol, one of said plurality of devices.<br><br>For example, after the user taps the "Cast button," the user selects one of the plurality of compatible devices by tapping on one of the displayed compatible devices:<br><br>     "Select correct TV model to cast from available TV's list in same network" |





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

The selection of a compatible device can be made while the media content is being streamed to the mobile device.

There are two ways users can start a Cast session:

1. **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning
2. **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device

"Click on cast icon in mobile after opening Youtube app…"

41







"…Or play a content in Youtube then click cast icon"







| | Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |
|---|---|
| fourth program instructions executable by the processor to set up a wireless communication link with said selected device via said local wireless communication network; and | An LG mobile apparatus running an enabled app includes fourth program instructions executable by the processor to set up a wireless communication link with said selected device (for example, an LG Smart TV) via said local wireless communication network.<br><br>For example, when the user taps the desired compatible device, the enabled app instructs a wireless communication link to be set up with the selected compatible device via the local wireless communication network: "Tap the LG TV listed to initiate the connection procedure on your smartphone. The phone and TV will display their connection status."<br><br>Ref. 11, https://www.lifewire.com/screen-mirroring-lg-smart-tvs-4770959.<br><br>The Cast function allows users to connect to, control, and disconnect from receivers (like an LG Smart TV), indicating that a wireless communication link is established between the LG mobile apparatus enabled app and the compatible device.<br><br>"LG has a feature called SmartShare incorporated in their webOS® operating system (LG Smart+ TV products). SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet or through a dedicated software packet on your laptop. Wi-Fi connections between the devices can be established using an existing BSS or Wi-Fi Direct."<br><br>Ref. 12, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi<br><br>BSS documentation suggests that a receiver or sender app should disconnect if idle (i.e., connected but not casting) for a certain period of time, indicating that a wireless communication link is established while the sender app is casting: "When an AP no longer receives frames from a wireless client for a certain period of time it assumes the client left the network and it disassociates it." |



| | Ref. 13, https://www.cisco.com/c/en/us/support/docs/wireless-mobility/wireless-lan-wlan/201015-802-11v-Basic-Service-Set-BSS-on-AireO.html#anc3 |
|---|---|
| fifth program instructions executable by the processor to cause a routing of said media data stream of media content to said selected device via said wireless communication link streaming said data stream of media content according to said streaming protocol for presentation of said media content by a media player of said selected device. | An LG mobile apparatus running an enabled app includes fifth program instructions executable by the processor to cause a routing of said media data stream of media content to said selected device via said wireless communication link streaming said data stream of media content according to said streaming protocol for presentation of said media content by a media player of said selected device.<br><br>"SmartShare is a media platform that supports screen mirroring both from and to your TV, streaming content from your mobile device to your TV, or just controlling your TV over Wi-Fi through dedicated apps on your smartphone/tablet…"<br><br>Ref. 14, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi<br><br>The selection of a compatible device can be made while the media content is being streamed to the mobile device.<br><br>    There are two ways users can start a Cast session:<br><br>    1.  **Connect & play:** Connect to a Cast receiver before playing content, content starts from the beginning<br>    2.  **Play & connect:** Connect to a Cast receiver while playing content, content starts on the receiver at its current position on sender device<br><br>    "Click on cast icon in mobile after opening Youtube app…" |





"...Or play a content in Youtube then click cast icon"





Ref. 1, https://www.lg.com/in/support/product-help/CT20150005-20151747657620

In both scenarios, the LG mobile apparatus running an enabled app causes a routing of the media data stream of media content to the selected device via the wireless communication link for streaming the media data stream according to the streaming protocol for presentation of the media content by a media player of the selected device.

"LG Smart TV (NetCast 3.0, NetCast 4.0, NetCast 4.5) supports DIAL (Discovery and Launch Protocol, http://www.dial-multiscreen.org/home)."

Ref. 15, https://webostv.developer.lge.com/discover/netcast/faq/

"DIAL™ (Netflix/YouTube): DIAL (or 'Discovery And Launch') allows mobile devices running a DIAL-enabled app to find other compatible devices, primarily smart TVs or STBs, on the same network (BSS). From there, it will automatically open the app on that device as well. In practice, that means you can start up Netflix® or YouTube™ on your phone, connect to your TV, see the app open there, and start browsing for movies to play."

Ref. 16, https://www.excentis.com/blog/content-sharing-syncing-streaming-protocols-wi-fi