EXHIBIT G



| U.S. Patent No. 10,547,648 Claim language | Comparison of LG Smartphones to U.S. Patent No. 10,547,648 |
|---|---|
| 15. A mobile apparatus for informing a device about an availability of media content, comprising: | Various LG smartphones running Android 4.0 and above inform a device about an availability of media content at a mobile device connected to a local area network (LAN).<br><br>For example, LG's website states that LG phones provide a built-in-feature allowing media content, including, for example, sound, with a TV or car.<br><br>SHARE USING WIFI<br>There multiple ways to share screen from your android device using wifi.<br>• You can share using LG Screen Share App on Wi-Fi, Wifi-Direct or WiDi<br>• You can share using **DLNA players**<br>• You can share using Miracast or Screen Cast.<br><br>**1 Share using Phone built-in feature.**<br>Most LG phones are equipped with screen share and other content sharing technologies. If you are using **Android 4.0 and above**, the phone may come with a screen share feature.<br>a. Ensure that your mobile device and the TV are connected to the same Wi-Fi.<br>b. From your phone, go to **SETTINGS**, then select **SHARE AND CONNECT.**<br>c. Under **SCREEN SHARE** category, select **SCREEN SHARING** or **MIRROR SCREEN**.<br><br>SCREEN SHARE<br>Screen sharing<br>Share screen and sound with TV<br>MirrorLink<br>Share screen and sound from phone with car |

| | |
|---|---|
| | https://www.lg.com/us/support/help-library/use-lg-tv-as-a-monitor-CT10000018-20150637965681<br><br>SUPPORT<br>**Share & stream media: LG V30/V30+**<br><br>Learn how to read NFC tags, share your device display, and exchange media with other NFC and DLNA-compatible devices using the LG V30/V30+.<br><br>**On this page:**<br>• Mirror screen on car display<br>• Mirror screen on other device<br>• Manage shared content<br>• Turn share on / off<br><br>**Mirror screen on car display**<br><br>MirrorLink mirrors your phone on your car's display. Your car's system must support LG V30/V30+ to use this feature.<br><br>https://www.t-mobile.com/support/devices/android/lg-v30v30-plus/share-and-stream-media-lg-v30v30-plus<br><br>In addition, various apps that comes pre-installed or that can be installed on the LG smartphones include the ability to inform a device about an availability of media content<br><br>https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |



KR
Kent & Risley LLC

| | |
|---|---|
| a receiver adapted to receive wirelessly, from an external source, media content selected from a group consisting of: audio content and video content; and | LG smartphones include a receiver adapted to receive wirelessly, from an external source, media content selected from a group consisting of: audio and video content.<br><br>The many types of media content LG smartphones are adapted to wirelessly receive include music and phone call data. Dependent claim 18 identifies phone call data as an example of media content. |
| a controller adapted to identify one or more available devices connected to a local area network (LAN) and compatible to handle the media content; | LG smartphones include a controller adapted to identify one or more devices connected to a local area network and compatible to handle the media content.<br><br>[LG TV] - Sharing mobile phone content with your TV<br>Not Programmed<br>immediately search for available players<br>on the same Wi-Fi network<br>1:30 / 2:34 |





| | |
|---|---|
| |   https://www.youtube.com/watch?v=z5BxUrZ1XQ8 |


| | |
|---|---|
| | **Mirror screen on car display**<br><br>MirrorLink mirrors your phone on your car's display. Your car's system must support LG V30/V30+ to use this feature.<br><br>**Android version 8.0.0**<br><br>1. From any home screen, swipe left to locate and tap **Settings**.<br>2. Select the **Network** tab and scroll to or tap **Connected devices** > **Media server**.<br>3. Tap the **Content sharing** slider to the ON setting.<br>4. Tap **ALLOW** as prompted to allow other devices to connect.<br><br>**Android version 7.1.2**<br><br>1. Connect to Wi-Fi on the device.<br>2. From any home screen, tap **Apps** >**Settings**<br>3. If using Tab view, select the **Networks** tab.<br>4. Tap **Share & connect** > **Media server**.<br>5. Tap the **Content sharing** slider to the ON setting.<br>6. Tap **ALLOW** as prompted to allow other devices to connect.<br><br>https://www.lg.com/us/support/help-library/use-lg-tv-as-a-monitor-CT10000018-20150637965681<br><br>The video embedded in the following web page provides further evidence that LG smartphones include a controller adapted to identify one or more devices connected to a local area network and compatible to handle the media content. https://www.lg.com/in/support/product-help/CT20150005-20151747657620. |



| | |
|---|---|
| |  |
| wherein the controller is adapted to instruct communicating wirelessly information to an intermediate routing device connected to the LAN for indirectly routing messages or media content to at least one of the one or more available devices via said intermediate routing device; | The controller of LG smartphones is adapted to instruct communicating wirelessly information to an intermediate routing device connected to the LAN for indirectly routing messages or media content to at least one of the one or more available devices via said intermediate routing device. |





| | |
|---|---|
| |   https://www.youtube.com/watch?v=z5BxUrZ1XQ8 |


<table>
<tr>
<td></td>
<td>

SHARE USING WIFI

There multiple ways to share screen from your android device using wifi.

- You can share using LG Screen Share App on Wi-Fi, Wifi-Direct or WiDi
- You can share using **DLNA players**
- You can share using Miracast or Screen Cast.

1 Share using Phone built-in feature.

Most LG phones are equipped with screen share and other content sharing technologies. If you are using **Android 4.0 and above**, the phone may come with a screen share feature.

a. Ensure that your mobile device and the TV are connected to the same Wi-Fi.

b. From your phone, go to **SETTINGS**, then select **SHARE AND CONNECT.**

c. Under **SCREEN SHARE** category, select **SCREEN SHARING** or **MIRROR SCREEN**.

https://www.lg.com/us/support/help-library/use-lg-tv-as-a-monitor-CT10000018-20150637965681
</td>
</tr>
<tr>
<td>wherein the controller is adapted to wirelessly signaling the one or more available devices indicating an availability of the media content at the mobile device;</td>
<td>The controller of an LG smartphone is adapted to wirelessly signal the one or more available devices indicating an availability of the media content at the mobile device.</td>
</tr>
</table>



| | |
|---|---|
| | For example, an LG smartphone can wirelessly signal an LG TV to indicate the availability of content at the smartphone. |





| | |
|---|---|
| |  <br><br>https://www.youtube.com/watch?v=z5BxUrZ1XQ8<br><br>The video embedded in the following web page provides another example of signaling an availability to the one or more available devices. The first screenshot below shows the device status prior to the signaling and the second screenshot illustrates that one or more available devices have received the signaling. |

https://www.lg.com/in/support/product-help/CT20150005-20151747657620

Similarly, an LG smartphone can wirelessly signal a car to indicate the availability of content at the smartphone, such as, for example, an incoming telephone call.



<table>
<tr><td></td><td>

<br>https://www.lg.com/us/support/help-library/use-lg-tv-as-a-monitor-CT10000018-20150637965681</td></tr>
<tr><td>wherein the media content is originated from an external source disconnected from the LAN.</td><td>The media content available at the LG smartphones includes media content originated from an external source disconnected from the LAN.<br><br>For example, the media content can include sound related to a telephone call received over a cellular network.</td></tr>
</table>



| | |
|---|---|
| | **1** Share using Phone built-in feature.<br>Most LG phones are equipped with screen share and other content sharing technologies. If you are using **Android 4.0 and above**, the phone may come with a screen share feature.<br>a. Ensure that your mobile device and the TV are connected to the same Wi-Fi.<br>b. From your phone, go to **SETTINGS**, then select **SHARE AND CONNECT.**<br>c. Under **SCREEN SHARE** category, select **SCREEN SHARING** or **MIRROR SCREEN**.<br>SCREEN SHARE<br>Screen sharing<br>Share screen and sound with TV<br>MirrorLink<br>Share screen and sound from phone with car<br><br>https://www.lg.com/us/support/help-library/use-lg-tv-as-a-monitor-CT10000018-20150637965681<br><br>The media content could also be other audio (e.g., music) or video content received by the smartphone over a cellular data network. |





| | <br>https://www.youtube.com/watch?v=z5BxUrZ1XQ8<br><br>The following also illustrates media content received from an external source. |
|---|---|





| | |
|---|---|
| |   https://www.lg.com/in/support/product-help/CT20150005-20151747657620 |